

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HORNBECK OFFSHORE OPERATORS, LLC, | § § § | |
| *Plaintiff,* | § § | Case No. 4:24-CV-00056 |
| v. | § § | |
| BENTHIC LTD., A WHOLLY OWNED SUBSIDIARY OF ACTEON GROUP LIMITED | § § § § | IN ADMIRALTY |
| *Defendants.* | § § | |

### DECLARATION OF JONATHAN WATT

Pursuant to United States Code 28 U.S.C. § 1746, I, Jonathan Watt, do hereby declare under penalty of perjury that the following information is based on my personal knowledge and my review of relevant documents and is true and correct to the best of my knowledge and belief:

1. I am the Managing Director for Benthic Ltd.

2. In the course of my duties as Managing Director for Benthic Ltd., I am familiar with the corporate organization of Benthic Ltd., Benthic USA, LLC, and their parent companies as well as the employment records and employment history of both entities.  Benthic Ltd. and Benthic USA, LLC are separate and distinct entities.

3. Benthic Ltd. is a foreign company that is organized and existing under the laws of England & Wales, with its principal place of business in Norwich, England.  Benthic Ltd. does not have an office or registered agent in Houston, Texas.

4. Justin Carpenter is an employee of Benthic USA, LLC, and holds the position of Sales & BD Director.  In his position, Justin Carpenter negotiated terms of the purported contract but did not possess the authority or capacity to have agreed to the final terms of the contract.

5. At the time Hornbeck Offshore Operators, LLC requested issuance of the summons and attempted to serve the lawsuit on Benthic, Ltd., Violet Simmons was listed as the registered agent for Benthic USA, LLC on the Texas Secretary of State's website, hereto attached as Exhibit A. However, on the day of purported service, Ms. Simmons was not the registered agent for Benthic Ltd. as Benthic Ltd. has no registered agent in Texas, she was no longer an employee of Benthic USA, LLC.

6. The summons for this case was left with an employee of Benthic USA, LLC that was not Ms. Simmons and was not the registered agent for Benthic USA, LLC.

7. Nor was the person with whom the summons was left the registered agent for Benthic Ltd.

Executed on the 5th of March, 2024.

*/s/ Watt*

_____
Jonathan Watt