UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HORNBECK OFFSHORE OPERATORS, LLC,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:24-CV-00056 |
| **BENTHIC LTD., A WHOLLY OWNED SUBSIDIARY OF ACTEON GROUP LIMITED** | § § § § § | IN ADMIRALTY |
| *Defendants.* | § § § | |

### ORDER GRANTING DEFENDANT BENTHIC LTD.'S MOTION TO DISMISS

On this day, came to be heard Defendant Benthic Ltd.'s Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), (4), and (5). After considering the Motion, the response, and the arguments of counsel, if any, the Court is of the opinion that Defendant's motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss pursuant to Rule 12(b)(2), (4), and (5) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims should be, and are hereby dismissed, without prejudice.

**IT IS FURTHER ORDERED** that each party is to bear its own costs.

Houston, Texas, this _____ day of _____, 2024.

>                              _____
>                              UNITED STATES DISTRICT JUDGE