**Archived:** Friday, April 5, 2024 2:04:52 PM
**From:** Justin Carpenter
**Mail received time:** Fri, 21 Jul 2023 18:36:10
**Sent:** Fri, 21 Jul 2023 22:31:43
**To:** Dennis, Jason  Douglass, Kevin
**Subject:** Benthic CPA for HOS Strongline
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Benthic Supplytime 2017 Rev0 2023.07.20.docx

---

Hello Kevin and Jason,

Attached is the CPA for the HOS Strongline based on the CPA last year for the Brass Ring, with a few changes of course.

Since Hornbeck is requesting an Acteon PCG, the text of the PCG will need to be reviewed by Acteon Legal. They are in the process of reviewing so if you have any comments please let us know.

We have deleted from the previous version the wording of Clause 14(b)(ii) which made each party liable for consequential losses up to $1M. Normally liability for consequential losses is completely excluded. Removing will enable us to get the PCG accepted by Acteon.

Our Compliance is also now requesting that we add some language regarding navigation in prohibited waters. Legal has drafted language and sent to compliance for confirmation. We have added it at the bottom of Clause 43.

Please let us know what comments that you have.

Regards,

Justin

*Benthic, a global geosciences company and part of Acteon, is a complete end-to-end provider of geophysical and geotechnical consulting, engineering, design, and data acquisition services for the oil and gas and renewables industries. The company's proprietary PROD technology has led the way in high-quality, ultra-shallow and ultra-deep water site investigations through capabilities in water depths ranging from 0 to more than 3000m. Acteon is a group of specialist engineering companies serving the global offshore oil and gas industry. Acteon is taking a concerted approach to the challenges of defining subsea services and has created a portfolio that spans the entire life of a field. For more information, visit www.acteon.com The information in and/or accompanying this email is intended for the use of the stated recipient only and may be confidential and/or privileged. It should not be forwarded or copied nor should its contents disclosed in any manner without the express consent of the sender/author. Any views or opinions presented are solely those of the author and do not necessarily represent those of Acteon.*

*Benthic Geotech Pty Limited*
*Registered in Australia ABN 29 095 788 168*
*Registered address: 1008 Hay Street, Perth WA, 6000, Australia*