**Archived:** Friday, April 5, 2024 2:04:32 PM
**From:** Douglass, Kevin
**Mail received time:** Tue, 08 Aug 2023 19:38:45
**Sent:** Tue, 8 Aug 2023 23:38:41
**To:** Justin Carpenter
**Cc:** Dennis, Jason  Shrives, Adam  Safaya, Chinki
**Subject:** RE: Benthic CPA for HOS Strongline
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Benthic (HOS Strongline) Supplytime 2017 Rev0 2023.08.08 (HOS comments).docx; Benthic & HOS - Preferred Vendor Agreement 2023.08.07v3.docx;

---

Hi Justin,

Please see attached responses on the BIMCO. I think we are pretty much closed out with the exception of the Lien provisions.

I have also attached the updated Preferred Vendor Agreement with a few edits to clarify the market.

The Acteon PCG remains under review, but we will revert soonest. Please note we will want to include the agreed draft within the BIMCO.

Regards,
Kevin

---

**From:** Justin Carpenter <justin.carpenter@benthic.com>
**Sent:** Friday, August 4, 2023 11:59 AM
**To:** Douglass, Kevin <Kevin.Douglass@hornbeckoffshore.com>
**Cc:** Dennis, Jason <Jason.Dennis@hornbeckoffshore.com>; Shrives, Adam <Adam.Shrives@hornbeckoffshore.com>; Safaya, Chinki <Chinki.Safaya@hornbeckoffshore.com>
**Subject:** RE: Benthic CPA for HOS Strongline

**WARNING!** This email originated **OUTSIDE** of Hornbeck Offshore. **DO NOT** reply, open attachments, or click on any links in a suspicious email. If you are suspicious of the email content, please forward the email to ithelpdesk@hornbeckoffshore.com.

Kevin,

Please see updated BIMCO with Benthic comments. We are still awaiting feedback from Acteon on your PCG comments. I hope to revert on those by Monday.

Regards,

Justin

---

**From:** Justin Carpenter
**Sent:** Tuesday, August 1, 2023 7:32 PM

**To:** Douglass, Kevin <Kevin.Douglass@hornbeckoffshore.com>
**Cc:** Dennis, Jason <Jason.Dennis@hornbeckoffshore.com>; Shrives, Adam <Adam.Shrives@hornbeckoffshore.com>; Safaya, Chinki <Chinki.Safaya@hornbeckoffshore.com>
**Subject:** RE: Benthic CPA for HOS Strongline

Thanks Kevin, I will review with legal tomorrow.

Regards,

Justin

**From:** Douglass, Kevin <Kevin.Douglass@hornbeckoffshore.com>
**Sent:** Tuesday, August 1, 2023 5:30 PM
**To:** Justin Carpenter <justin.carpenter@benthic.com>
**Cc:** Dennis, Jason <Jason.Dennis@hornbeckoffshore.com>; Shrives, Adam <Adam.Shrives@hornbeckoffshore.com>; Safaya, Chinki <Chinki.Safaya@hornbeckoffshore.com>
**Subject:** RE: Benthic CPA for HOS Strongline

**[EXTERNAL EMAIL] DO NOT OPEN LINKS OR ATTACHMENTS** unless you are expecting this email. If you feel this email is malicious, use the Mimecast button in Outlook to report it.

Hi Justin,

Please find attached our initial comments to the BIMCO as well as to the Acteon form of PCG. Our comments are in tracked changes format.

As discussed with Adam, please note that the day rate for the vessel assumes Hornbeck receives a signed right of first refusal. We will follow up tomorrow with an updated version of that document based on your conversations with Adam.

We look forward to your feedback on the BIMCO and PCG in the meantime.

Best regards,
Kevin

**From:** Justin Carpenter <justin.carpenter@benthic.com>
**Sent:** Thursday, July 27, 2023 10:55 AM
**To:** Dennis, Jason <Jason.Dennis@hornbeckoffshore.com>; Douglass, Kevin <Kevin.Douglass@hornbeckoffshore.com>
**Subject:** RE: Benthic CPA for HOS Strongline

**WARNING! This email originated OUTSIDE of Hornbeck Offshore. DO NOT reply, open attachments, or click on any links in a suspicious email.** If you are suspicious of the email content, please forward the email to ithelpdesk@hornbeckoffshore.com.

Kevin and Jason,

Acteon have updated the PCG text – see attached.

Regards,

Justin

---

**From:** Justin Carpenter
**Sent:** Friday, July 21, 2023 5:32 PM
**To:** Dennis, Jason <Jason.Dennis@hornbeckoffshore.com>; Douglass, Kevin <Kevin.Douglass@hornbeckoffshore.com>
**Subject:** Benthic CPA for HOS Strongline

Hello Kevin and Jason,

Attached is the CPA for the HOS Strongline based on the CPA last year for the Brass Ring, with a few changes of course.

Since Hornbeck is requesting an Acteon PCG, the text of the PCG will need to be reviewed by Acteon Legal. They are in the process of reviewing so if you have any comments please let us know.

We have deleted from the previous version the wording of Clause 14(b)(ii) which made each party liable for consequential losses up to $1M. Normally liability for consequential losses is completely excluded. Removing will enable us to get the PCG accepted by Acteon.

Our Compliance is also now requesting that we add some language regarding navigation in prohibited waters. Legal has drafted language and sent to compliance for confirmation. We have added it at the bottom of Clause 43.

Please let us know what comments that you have.

Regards,

Justin

*Benthic, a global geosciences company and part of Acteon, is a complete end-to-end provider of geophysical and geotechnical consulting, engineering, design, and data acquisition services for the oil and gas and renewables industries. The company???s proprietary PROD technology has led the way in high-quality, ultra-shallow and ultra-deep water site investigations through capabilities in water depths ranging from 0 to more than 3000m. Acteon is a group of specialist engineering companies serving the global offshore oil and gas industry. Acteon is taking a concerted approach to the challenges of defining subsea services and has created a portfolio that spans the entire life of a field. For more information, visit www.acteon.com The information in and/or accompanying this email is intended for the use of the stated recipient only and may be confidential and/or privileged. It should not be forwarded or copied nor should its contents disclosed in any manner without the express consent of the sender/author. Any views or opinions presented are solely those of the author and do not necessarily represent those of Acteon.*

*Benthic Geotech Pty Limited*
*Registered in Australia ABN 29 095 788 168*
*Registered address: 1008 Hay Street, Perth WA, 6000, Australia*