**ACTEON** | DATA AND ROBOTICS

Benthic Ltd
Ferryside, Ferry Road,
Norwich, NR1 1SW, UK
T: +44(0)1603 227019 · E: info@acteon.com
www.acteon.com

September 13, 2023

Hornbeck Offshore Operators, LLC
103 Northpark Boulevard, Suite 300
Covington, Louisiana 70433

Attn: Michael J. Nicaud, Vice President and Associate General Counsel

Reference: BIMCO Vessel Negotiation

Dear Mr. Nicaud:

We are in receipt of your letter dated 1 September 2023 with the attached, negotiation draft BIMCO in redline format and a copy of Hornbeck Offshore Services, LLC v. Fairfield Industries, Inc., 2010 U.S. Dist. LEXIS 48947 (E.D. La., Aug. 16, 2010). We wish to take this opportunity to clarify our position.

Benthic is not repudiating a time charter with Hornbeck as Benthic does not believe that a time charter was agreed or properly executed between the parties. Fundamentally, there is no agreement to repudiate. Benthic's ultimate customer expressed concerns with the vessels proposed by Hornbeck and their ability to meet our customer's, and in turn our own required specifications for the project. Additionally, subsequent vessels were proposed, however again the proposed vessels did not meet the customers minimum specifications. As you can appreciate, meeting the required vessel specifications satisfactorily is a requisite condition of any time charter. Otherwise, the vessel charter is to no purpose and the owner would likely default under such time charter.

We are aware that you may feel encouraged by your attached lawsuit judgment, but we feel that our circumstance is distinguishable. Contrary to the actions of Fearnley in your 2010 case, at no point did any member of our management, or Benthic's negotiation team, acknowledge acceptance of terms. In fact, your documented comments in the draft document and emails stating that "I think we are pretty much closed out" and "All other comments herein were agreed and closed" are one-sided, self-serving, and lacking documented acknowledgment and agreement by Benthic. There were essential elements such as the PCG, and Right of First Refusal in the simultaneous Preferred Vendor Agreement (to name but a couple) that were not agreed at the time you are alleging a "fixture" occurred. We do not consider these "details to be finalized later" but fundamental issues that would affect whether the parties were able to have a "meeting of the minds". This, coupled with the fact you were not able to meet our required specification for us to enter the charter party, clearly show no agreement exists.

**ACTEON** | DATA AND ROBOTICS

**Benthic Ltd**
Ferryside, Ferry Road,
Norwich, NR1 1SW, UK
T: +44(0)1603 227019 · E: info@acteon.com
www.acteon.com

Notwithstanding the above, we would like an amicable relationship with Hornbeck and are willing to discuss your concerns. We understand that a failed negotiation can be frustrating. Ultimately, we must cater to the needs and specifications of our customer. We also must caution you about implicitly threatening litigation. While you may feel heartened by your 2010 judgment, we believe that the impact to a potentially beneficial working relationship for future projects is bad business practice for uncertain short-term gain.

Sincerely,

Jason Mayberry
Group Legal Counsel
Acteon Group Ltd.