United States District Court
Southern District of Texas
**ENTERED**
May 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HORNBECK OFFSHORE OPERATIONS, LLC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-24-56 |
| BENTHIC LTD., A WHOLLY OWNED SUBSIDIARY OF ACTION GROUP LIMITED, *et al*, | § § § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant Benthic Ltd.'s Motion to Dismiss (Document No. 7).[1] Having considered the motion, submissions, and applicable law, the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant Benthic Ltd.'s Motion to Dismiss (Document No. 7) is **DENIED**.

---

[1] On April 5, 2024, the Plaintiff filed an amended complaint adding Benthic USA, LLC as a Defendant. However, Defendant Benthic, Ltd. contends the amended complaint did not change the issues raised in its motion to dismiss and requested that the Court rules on the fully briefed motion to dismiss for judicial efficiency. *Defendant Benthic Ltd.'s Reply in Support of its Motion to Dismiss*, Document No. 20 at 1.

SIGNED at Houston, Texas, on this  21  day of May, 2024.

_____
DAVID HITTNER
United States District Judge