UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HORNBECK OFFSHORE OPERATORS, LLC, § § § § | |
| VS. § | C.A. NO. 4:24-CV-00056 |
| § § | |
| BENTHIC LTD., A WHOLLY OWNED SUBSIDIARY OF ACTEON GROUP LIMITED § § § | IN ADMIRALTY |

### HORNBECK OFFSHORE OPERATORS, LLC'S MOTION AND INCORPORATED MEMORANDUM TO CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE

**NOW COMES**, Plaintiff, Hornbeck Offshore Operators, LLC ("Hornbeck"), who respectfully moves this Honorable Court for a brief continuance of the initial pretrial and scheduling conference of this matter currently scheduled for June 14, 2024 at 10:00 a.m. in order to allow Hornbeck to complete service on Defendants Benthic Ltd. and Benthic USA LLC. Hornbeck commenced service on Defendant Benthic Ltd., pursuant to the Hague Convention in April 2024 and has been advised by the process server that it may take several additional weeks for service to be completed. In addition, Hornbeck expects Defendant, Benthic USA LLC to waive formal service of process and provide an executed waiver form in the next few days. Finally, Hornbeck notes that the parties are currently engaged in negotiations which may help resolve this matter without the need for further litigation.

WHEREFORE, Plaintiff, Hornbeck Offshore Operators, LLC respectfully moves this Honorable Court for an Order continuing the initial pretrial and scheduling conference of this matter currently scheduled for June 14, 2024.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

By: */s/ Adelaida J. Ferchmin*
Adelaida J. Ferchmin
SDTX Bar No. 3466268
aferchmin@lawla.com
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
*ATTORNEYS FOR HORNBECK OFFSHORE OPERATORS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Adelaida J. Ferchmin*