# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Hornbeck Offshore Operators, LLC

v.   Case Number: 4:24–cv–00056

Benthic, Ltd., et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/23/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   June 28, 2024

Nathan Ochsner, Clerk