UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HORNBECK OFFSHORE OPERATORS, LLC,** | § § § § | |
| VS. | § § § § | C.A. NO. 4:24-CV-00056 |
| **BENTHIC LTD., A WHOLLY OWNED SUBSIDIARY OF ACTEON GROUP LIMITED** | § § § | IN ADMIRALTY |

## UNOPPOSED MOTION FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES**, Plaintiff, Hornbeck Offshore Operators, LLC ("Hornbeck") who, upon advising the Court that the parties have reached an agreement resolving all claims asserted in this matter, respectfully moves this Honorable Court for dismissal with prejudice of all claims against Defendants Benthic, Ltd. and Benthic USA, LLC asserted in Hornbeck's Complaint and First Supplemental and Amended Complaint, each party to bear its own costs. Undersigned counsel avers that Defendants, Benthic Ltd. and Benthic USA, LLC consent to the filing of the instant motion.

WHEREFORE, Plaintiff, Hornbeck Offshore Operators, LLC respectfully moves this Honorable Court for an Order of Voluntary Dismissal with Prejudice.

1

Respectfully submitted,

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

By: */s/ Adelaida J. Ferchmin*
Adelaida J. Ferchmin
SDTX Bar No. 3466268
aferchmin@lawla.com
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996
*ATTORNEYS FOR HORNBECK OFFSHORE OPERATORS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Adelaida J. Ferchmin*