# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **HORNBECK OFFSHORE OPERATORS, LLC,** | § § § § | |
| VS. | § § § | C.A. NO. 4:24-CV-00056 |
| **BENTHIC LTD., A WHOLLY OWNED SUBSIDIARY OF ACTEON GROUP LIMITED** | § § § | IN ADMIRALTY |

## ORDER

Considering the foregoing Unopposed Motion for Voluntary Dismissal with Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Unopposed Motion for Voluntary Dismissal with Prejudice is granted and that this matter in its entirety, including but not limited to all claims asserted against Defendants, Benthic, Ltd, and Benthic USA, LLC be and are hereby dismissed with prejudice.

Houston, Texas this ___ day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE